# Exhibit  A

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PAUL JOHNSON, on Behalf of Himself and on Behalf of Others Similarly Situated, | § § § | |
| Plaintiff, | § | CIVIL ACTION NO. 4:18-cv-04476 |
| | § | |
| v. | § | |
| | § | JURY TRIAL DEMANDED |
| NATION WASTE, INC. | § | |
| | § | |
| Defendant. | § | COLLECTIVE ACTION |
| | § | PURSUANT TO 29 U.S.C. § 216(b) |

## DECLARATION OF JAVIER MALDONADO

I, Javier Maldonado, declare as follows:

1.      My name is Javier Maldonado.  I am over the age of 21 and competent to make this declaration.  I have personal knowledge that the information stated herein is true and correct.

2.      I am employed by Nation Waste, Inc. ("NWI") as Chief Operations Officer.  I have held this position with NWI for approximately 11 years.

3.      In my position, I have personal knowledge regarding NWI's general business operations and NWI's pay practices and corporate policies and procedures, including those related to wage and hour issues and time-keeping, as well as the circumstances surrounding Paul Johnson's employment, termination, and schedule.

4.      NWI provides comprehensive waste collection and disposal services in the Houston area, including front-load dumpsters, roll-off containers, trash compactors, portable restrooms, hand-washing stations, and holding tanks.

5.     NWI currently employs approximately 5 Roll-Off Drivers.

6.     Paul Johnson was employed as a Roll-Off Driver from June 11, 2018 until he resigned his employment on September 12, 2018.

7.     Paul Johnson was also previously employed by NWI from January 14, 2015 to August 15, 2015 as a Roll-Off Driver.

8.     Paul Johnson was paid on an hourly basis and received overtime compensation at a rate of one and one-half times his regular rate for all reported hours worked between June 11, 2018, and September 12, 2018, excluding the thirty minute lunch break. *Id.*

9.     NWI re-hired Paul Johnson on or around September 17, 2018, to work as a Front Load Driver until he resigned his employment approximately four days later (on September 21, 2018).

10.     Paul Johnson did not work overtime hours during this five day period he was employed as a Front Load Driver.

11.     True and correct copies of Plaintiff's Time Card Detail for the June 11, 2018 through September 21, 2018 time period are attached to this declaration as Exhibit 1.

12.     NWI does not have (nor has it ever had) a "Waste Disposal Driver" position nor has Paul Johnson ever worked for NWI as a "Waste Disposal Driver."

13.     NWI employees, including Paul Johnson, are required to clock-in immediately upon entering the NWI facility and clock-out at the end of their work day upon leaving the facility.

14.     NWI's practice is to notify employees at the time of hire of NWI's policy of automatically deducting from these hours thirty minute lunch breaks.

15.     Paul Johnson was instructed to take a thirty minute lunch break each day.

16.     Paul Johnson received instructions explaining when his lunch break should be taken, a document that he signed upon hire.

17.     A true and correct copy of Paul Johnson's signed acknowledgment is attached to this declaration as Exhibit 2.

18.     As a Roll-Off Driver, Paul Johnson was responsible for completing approximately 3 and 6 loads per day and reporting to the dispatcher before each load.

19.     If a particular employee worked through his or her lunch or did not a take a lunch on a particular day, the employee was expected to report that information to the dispatcher.

20.     It was NWI's practice to not to take the thirty minute lunch break deduction where an employee reported working through his or lunch break or did not otherwise take a lunch break on a particular day.

21.     In the instances where it was discovered or brought to NWI's attention that Paul Johnson had experienced an error in his pay, NWI promptly paid him for the requested time.

22.     A true and correct copy of email communications discussing these corrections to Paul Johnson's pay are attached to this declaration as Exhibit 3.

23.     Paul Johnson was disciplined several times during his short employment for failing to clock-in and/or out on at least 6 occasions.

24.     A true and correct copy of the write-up pertaining to such incidents and discipline are attached to this declaration as Exhibit 4.

25.     Paul Johnson and all other NWI hourly employees were required to clocked-in as they entered the facility and clocked out as they left the facility, and all of the NWI vehicles were kept inside the facility approximately 40 feet from the entrance of the facility.

26.     I am a records custodian for NWI.  The documents attached to this declaration as Exhibits 1 - 4 were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters; were kept in the course of the regularly conducted activity; and were made by the regularly conducted activity as a regular practice.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 8, 2019.

Taylor Maldonado

- 4 -

# Exhibit 1

# Time Card Detail

Date range: Jun 11, 2018 - Jun 12, 2018

| Date | In | Terminal | Out | Terminal | Pay Code | Hours | Schedule | Total |
|------|-----|----------|-----|----------|----------|-------|----------|-------|
| Employee #: 140 | | Badge #: 140 | | | Paul Johnson | | Hours : 20:15 | |
| Jun 11, 2018 | Mon | | | | | | Hours : 09:15 | |
| | 06:00 AM* | .168.18 | 03:45 PM | Untitl | | | Unscheduled | |
| | | | | | REG | 09:15 | | |
| Jun 11, 2018 | | | TOTAL : | REG | : 09:15 | | | |
| | | | | | | | | |
| Jun 12, 2018 | Tue | | | | | | Hours : 11:00 | |
| | 06:00 AM* | 168.250 | 05:30 PM* | 168.250 | | | Unscheduled | |
| | | | | | REG | 11:00 | | |
| Jun 12, 2018 | | | TOTAL : | REG | : 11:00 | | | |
| | | | | | | | | |
| Emp #: 140 | Paul Johnson | | TOTAL : | REG | : 20:15 | | | |

# Time Card Detail

Date range: Jun 13, 2018 - Jun 19, 2018

| Date | In | Terminal | Out | Terminal | Pay Code | Hours | Schedule | Total |
|------|-----|----------|-----|----------|----------|-------|----------|-------|
| Employee #: 140 | | Badge #: 140 | | | Paul Johnson | | Hours : 52:54 | |
| **Jun 13, 2018** | **Wed** | | | | | | **Hours : 12:30** | |
| | 06:00 AM* | .168.20 | 07:00 PM* | .168.20 | | | Unscheduled | |
| | | | | | REG | 12:30 | | |
| Jun 13, 2018 | | | TOTAL : | | REG : 12:30 | | | |
| **Jun 14, 2018** | **Thu** | | | | | | **Hours : 08:35** | |
| | 06:00 AM* | .168.20 | 03:05 PM* | .168.20 | | | Unscheduled | |
| | | | | | REG | 08:35 | | |
| Jun 14, 2018 | | | TOTAL : | | REG : 08:35 | | | |
| **Jun 15, 2018** | **Fri** | | | | | | **Hours : 07:50** | |
| | 06:00 AM* | .168.20 | 02:20 PM | Untitl | | | Unscheduled | |
| | | | | | REG | 07:50 | | |
| Jun 15, 2018 | | | TOTAL : | | REG : 07:50 | | | |
| **Jun 16, 2018** | **Sat** | | | | | | **Hours : 05:39** | |
| | 05:56 AM | Untitl | 11:35 AM | Untitl | | | Unscheduled | |
| | | | | | REG | 05:39 | | |
| Jun 16, 2018 | | | TOTAL : | | REG : 05:39 | | | |
| **Jun 18, 2018** | **Mon** | | | | | | **Hours : 08:00** | |
| | 06:00 AM* | .168.20 | 02:30 PM* | .168.20 | | | Unscheduled | |
| | | | | | REG | 05:26 | | |
| | | | | | OT | 02:34 | | |
| Jun 18, 2018 | | | TOTAL : | | REG : 05:26 | | | |
| | | | | | OT : 02:34 | | | |
| **Jun 19, 2018** | **Tue** | | | | | | **Hours : 10:20** | |
| | 06:00 AM* | .168.20 | 04:50 PM* | .168.20 | | | Unscheduled | |
| | | | | | OT | 10:20 | | |
| Jun 19, 2018 | | | TOTAL : | | OT : 10:20 | | | |
| Emp #: 140 | | Paul Johnson | | | TOTAL : | REG : 40:00 | | |
| | | | | | | OT : 12:54 | | |

# Time Card Detail

Date range: Jun 20, 2018 - Jun 26, 2018

| Date | In | Terminal | Out | Terminal | Pay Code | Hours | Schedule | Total |
|------|-----|----------|------|----------|----------|-------|----------|-------|
| Employee #: 140 | | Badge #: 140 | | | Paul Johnson | | Hours : 39:35 | |
| **Jun 20, 2018** | **Wed** | | | | | | **Hours : 09:15** | |
| | 06:00 AM* | .168.20 | 03:45 PM* | .168.20 | | | Unscheduled | |
| | | | | | REG | 09:15 | | |
| Jun 20, 2018 | | | TOTAL : | REG | : 09:15 | | | |
| **Jun 21, 2018** | **Thu** | | | | | | **Hours : 09:30** | |
| | 06:00 AM* | .168.20 | 04:00 PM* | .168.20 | | | Unscheduled | |
| | | | | | REG | 09:30 | | |
| Jun 21, 2018 | | | TOTAL : | REG | : 09:30 | | | |
| **Jun 22, 2018** | **Fri** | | | | | | **Hours : 09:45** | |
| | 06:00 AM* | .168.20 | 04:15 PM* | .168.20 | | | Unscheduled | |
| | | | | | REG | 09:45 | | |
| Jun 22, 2018 | | | TOTAL : | REG | : 09:45 | | | |
| **Jun 23, 2018** | **Sat** | | | | | | **Hours : 03:15** | |
| | 08:15 AM* | .168.20 | 11:30 AM* | .168.20 | | | Unscheduled | |
| | | | | | REG | 03:15 | | |
| Jun 23, 2018 | | | TOTAL : | REG | : 03:15 | | | |
| **Jun 25, 2018** | **Mon** | | | | | | **Hours : 07:50** | |
| | 06:50 AM* | .168.20 | 03:10 PM* | .168.20 | | | Unscheduled | |
| | | | | | REG | 07:50 | | |
| Jun 25, 2018 | | | TOTAL : | REG | : 07:50 | | | |
| Emp #: 140 | | Paul Johnson | | | TOTAL : | REG | : 39:35 | |

# Time Card Detail

Date range: Jun 27, 2018 - Jul 3, 2018

| Date | In | Terminal | Out | Terminal | Pay Code | Hours | Schedule | Total |
|------|----|---------|----|---------|---------|-------|----------|-------|
| Employee #:   140 | | Badge #:   140 | | | Paul Johnson | | Hours : 37:05 | |
| Jun 29, 2018 | Fri | | | | | | Hours : 10:24 | |
| | 06:00 AM* | .168.33 | 04:54 PM | Untitl | | | Unscheduled | |
| | | | | | REG | 10:24 | | |
| Jun 29, 2018 | | | TOTAL : | | REG | : 10:24 | | |
| Jun 30, 2018 | Sat | | | | | | Hours : 05:15 | |
| | 05:59 AM | Untitl | 11:14 AM | Untitl | | | Unscheduled | |
| | | | | | REG | 05:15 | | |
| Jun 30, 2018 | | | TOTAL : | | REG | : 05:15 | | |
| Jul 2, 2018 | Mon | | | | | | Hours : 10:07 | |
| | 06:09 AM | Untitl | 04:46 PM | Untitl | | | Unscheduled | |
| | | | | | REG | 10:07 | | |
| Jul 2, 2018 | | | TOTAL : | | REG | : 10:07 | | |
| Jul 3, 2018 | Tue | | | | | | Hours : 11:19 | |
| | 05:59 AM | Untitl | 05:48 PM | Untitl | | | Unscheduled | |
| | | | | | REG | 11:19 | | |
| Jul 3, 2018 | | | TOTAL : | | REG | : 11:19 | | |
| Emp #: 140 | | Paul Johnson | TOTAL : | | REG | : 37:05 | | |

# Time Card Detail

Date range: Jul 4, 2018 - Jul 10, 2018

| Date | In | Terminal | Out | Terminal | Pay Code | Hours | Schedule | Total |
|------|-----|----------|-----|----------|----------|-------|----------|-------|
| Employee #:  140 | | Badge #:  140 | | | Paul Johnson | | Hours : 41:17 | |
| Jul 5, 2018 | Thu | | | | | | Hours : 09:03 | |
| | 06:25 AM | Untitl | 03:58 PM | Untitl | | | Unscheduled | |
| | | | | | REG | 09:03 | | |
| Jul 5, 2018 | | | TOTAL : | REG | : 09:03 | | | |
| Jul 6, 2018 | Fri | | | | | | Hours : 09:04 | |
| | 06:10 AM | Untitl | 03:44 PM | Untitl | | | Unscheduled | |
| | | | | | REG | 09:04 | | |
| Jul 6, 2018 | | | TOTAL : | REG | : 09:04 | | | |
| Jul 7, 2018 | Sat | | | | | | Hours : 05:24 | |
| | 06:19 AM | Untitl | 11:43 AM | Untitl | | | Unscheduled | |
| | | | | | REG | 05:24 | | |
| Jul 7, 2018 | | | TOTAL : | REG | : 05:24 | | | |
| Jul 9, 2018 | Mon | | | | | | Hours : 07:54 | |
| | 05:55 AM | Untitl | 02:19 PM | Untitl | | | Unscheduled | |
| | | | | | REG | 07:54 | | |
| Jul 9, 2018 | | | TOTAL : | REG | : 07:54 | | | |
| Jul 10, 2018 | Tue | | | | | | Hours : 09:52 | |
| | 05:54 AM | Untitl | 04:16 PM | Untitl | | | Unscheduled | |
| | | | | | REG | 08:35 | | |
| | | | | | OT | 01:17 | | |
| Jul 10, 2018 | | | TOTAL : | REG | : 08:35 | | | |
| | | | | OT | : 01:17 | | | |
| Emp #: 140 | Paul Johnson | | TOTAL : | REG | : 40:00 | | | |
| | | | | OT | : 01:17 | | | |

# Time Card Detail

Date range: Jul 11, 2018 - Jul 17, 2018

| Date | In | Terminal | Out | Terminal | Pay Code | Hours | Schedule | Total |
|------|-----|----------|-----|----------|----------|-------|----------|-------|
| Employee #: 140 | | Badge #:  140 | | | Paul Johnson | | Hours : 50:07 | |
| Jul 11, 2018 | Wed | | | | | | Hours : 09:55 | |
| | 05:57 AM | Untitl | 04:22 PM | Untitl | | | Unscheduled | |
| | | | | | REG | 09:55 | | |
| Jul 11, 2018 | | | TOTAL : | REG | : 09:55 | | | |
| Jul 12, 2018 | Thu | | | | | | Hours : 07:32 | |
| | 05:58 AM | Untitl | 02:00 PM | Untitl | | | Unscheduled | |
| | | | | | REG | 07:32 | | |
| Jul 12, 2018 | | | TOTAL : | REG | : 07:32 | | | |
| Jul 13, 2018 | Fri | | | | | | Hours : 09:47 | |
| | 05:49 AM | Untitl | 04:06 PM | Untitl | | | Unscheduled | |
| | | | | | REG | 09:47 | | |
| Jul 13, 2018 | | | TOTAL : | REG | : 09:47 | | | |
| Jul 14, 2018 | Sat | | | | | | Hours : 04:17 | |
| | 05:57 AM | Untitl | 10:14 AM | Untitl | | | Unscheduled | |
| | | | | | REG | 04:17 | | |
| Jul 14, 2018 | | | TOTAL : | REG | : 04:17 | | | |
| Jul 16, 2018 | Mon | | | | | | Hours : 08:12 | |
| | 05:55 AM | Untitl | 02:37 PM | Untitl | | | Unscheduled | |
| | | | | | REG | 08:12 | | |
| Jul 16, 2018 | | | TOTAL : | REG | : 08:12 | | | |
| Jul 17, 2018 | Tue | | | | | | Hours : 10:24 | |
| | 05:56 AM | Untitl | 04:50 PM | Untitl | | | Unscheduled | |
| | | | | | REG | 00:17 | | |
| | | | | | OT | 10:07 | | |
| Jul 17, 2018 | | | TOTAL : | REG | : 00:17 | | | |
| | | | | OT | : 10:07 | | | |
| Emp #: 140 | | Paul Johnson | | TOTAL : | REG | : 40:00 | | |
| | | | | OT | : 10:07 | | | |

# Time Card Detail

Date range: Jul 18, 2018 - Jul 24, 2018

| Date | In | Terminal | Out | Terminal | Pay Code | Hours | Schedule | Total |
|------|-----|----------|-----|----------|----------|-------|----------|-------|
| Employee #:  140 | | Badge #:  140 | | | Paul Johnson | | Hours : 54:02 | |
| **Jul 18, 2018** | **Wed** | | | | | | **Hours : 10:01** | |
| | 05:43 AM | Untitl | 04:14 PM | Untitl | | | Unscheduled | |
| | | | | | REG | 10:01 | | |
| Jul 18, 2018 | | | TOTAL : | REG | : 10:01 | | | |
| **Jul 19, 2018** | **Thu** | | | | | | **Hours : 09:11** | |
| | 05:58 AM | Untitl | 03:39 PM | Untitl | | | Unscheduled | |
| | | | | | REG | 09:11 | | |
| Jul 19, 2018 | | | TOTAL : | REG | : 09:11 | | | |
| **Jul 20, 2018** | **Fri** | | | | | | **Hours : 10:12** | |
| | 05:31 AM | Untitl | 04:13 PM | Untitl | | | Unscheduled | |
| | | | | | REG | 10:12 | | |
| Jul 20, 2018 | | | TOTAL : | REG | : 10:12 | | | |
| **Jul 21, 2018** | **Sat** | | | | | | **Hours : 05:51** | |
| | 06:40 AM | Untitl | 12:31 PM | Untitl | | | Unscheduled | |
| | | | | | REG | 05:51 | | |
| Jul 21, 2018 | | | TOTAL : | REG | : 05:51 | | | |
| **Jul 23, 2018** | **Mon** | | | | | | **Hours : 09:12** | |
| | 05:57 AM | Untitl | 03:39 PM | Untitl | | | Unscheduled | |
| | | | | | REG | 04:45 | | |
| | | | | | OT | 04:27 | | |
| Jul 23, 2018 | | | TOTAL : | REG | : 04:45 | | | |
| | | | | OT | : 04:27 | | | |
| **Jul 24, 2018** | **Tue** | | | | | | **Hours : 09:35** | |
| | 05:47 AM | Untitl | 03:52 PM | Untitl | | | Unscheduled | |
| | | | | | OT | 09:35 | | |
| Jul 24, 2018 | | | TOTAL : | OT | : 09:35 | | | |
| Emp #: 140 | | Paul Johnson | | TOTAL : | REG | : 40:00 | | |
| | | | | | OT | : 14:02 | | |

# Time Card Detail

Date range: Jul 25, 2018 - Jul 31, 2018

| Date | In | Terminal | Out | Terminal | Pay Code | Hours | Schedule | Total |
|------|-----|----------|-----|----------|----------|-------|----------|-------|
| Employee #:   140 | | Badge #:   140 | | | Paul Johnson | | Hours : 49:22 | |
| Jul 25, 2018 | Wed | | | | | | Hours : 10:36 | |
| | 05:44 AM | Untitl | 04:50 PM | Untitl | | | Unscheduled | |
| | | | | | REG | 10:36 | | |
| Jul 25, 2018 | | | TOTAL : | REG | : 10:36 | | | |
| Jul 26, 2018 | Thu | | | | | | Hours : 10:21 | |
| | 05:52 AM | Untitl | 04:43 PM | Untitl | | | Unscheduled | |
| | | | | | REG | 10:21 | | |
| Jul 26, 2018 | | | TOTAL : | REG | : 10:21 | | | |
| Jul 27, 2018 | Fri | | | | | | Hours : 09:06 | |
| | 05:41 AM | Untitl | 03:17 PM | Untitl | | | Unscheduled | |
| | | | | | REG | 09:06 | | |
| Jul 27, 2018 | | | TOTAL : | REG | : 09:06 | | | |
| Jul 30, 2018 | Mon | | | | | | Hours : 09:32 | |
| | 05:29 AM | Untitl | 03:31 PM | Untitl | | | Unscheduled | |
| | | | | | REG | 09:32 | | |
| Jul 30, 2018 | | | TOTAL : | REG | : 09:32 | | | |
| Jul 31, 2018 | Tue | | | | | | Hours : 09:47 | |
| | 05:28 AM | Untitl | 03:45 PM | Untitl | | | Unscheduled | |
| | | | | | REG | 00:25 | | |
| | | | | | OT | 09:22 | | |
| Jul 31, 2018 | | | TOTAL : | REG | : 00:25 | | | |
| | | | | OT | : 09:22 | | | |
| Emp #: 140 | Paul Johnson | | TOTAL : | REG | : 40:00 | | | |
| | | | | OT | : 09:22 | | | |

# Time Card Detail

Date range: Aug 1, 2018 - Aug 7, 2018

| Date | In | Terminal | Out | Terminal | Pay Code | Hours | Schedule | Total |
|------|-----|----------|-----|----------|----------|-------|----------|-------|
| Employee #: 140 | | Badge #: 140 | | | Paul Johnson | | Hours : 61:31 | |
| Aug 1, 2018 | Wed | | | | | | Hours : 11:10 | |
| | 05:26 AM | Untitl | 05:06 PM | Untitl | | | Unscheduled | |
| | | | | | REG | 11:10 | | |
| Aug 1, 2018 | | | TOTAL : | REG | : 11:10 | | | |
| Aug 2, 2018 | Thu | | | | | | Hours : 12:07 | |
| | 05:27 AM | Untitl | 06:04 PM | Untitl | | | Unscheduled | |
| | | | | | REG | 12:07 | | |
| Aug 2, 2018 | | | TOTAL : | REG | : 12:07 | | | |
| Aug 3, 2018 | Fri | | | | | | Hours : 11:54 | |
| | 05:01 AM | Untitl | 05:25 PM | Untitl | | | Unscheduled | |
| | | | | | REG | 11:54 | | |
| Aug 3, 2018 | | | TOTAL : | REG | : 11:54 | | | |
| Aug 4, 2018 | Sat | | | | | | Hours : 07:12 | |
| | 05:29 AM | Untitl | 01:11 PM | Untitl | | | Unscheduled | |
| | | | | | REG | 04:49 | | |
| | | | | | OT | 02:23 | | |
| Aug 4, 2018 | | | TOTAL : | REG | : 04:49 | | | |
| | | | | OT | : 02:23 | | | |
| Aug 6, 2018 | Mon | | | | | | Hours : 10:06 | |
| | 05:01 AM | Untitl | 03:37 PM | Untitl | | | Unscheduled | |
| | | | | | OT | 10:06 | | |
| Aug 6, 2018 | | | TOTAL : | OT | : 10:06 | | | |
| Aug 7, 2018 | Tue | | | | | | Hours : 09:02 | |
| | 07:00 AM | Untitl | 04:32 PM | Untitl | | | Unscheduled | |
| | | | | | OT | 09:02 | | |
| Aug 7, 2018 | | | TOTAL : | OT | : 09:02 | | | |
| Emp #: 140 | | Paul Johnson | | TOTAL : | REG | : 40:00 | | |
| | | | | | OT | : 21:31 | | |

# Time Card Detail

Date range: Aug 8, 2018 - Aug 14, 2018

| Date | In | Terminal | Out | Terminal | Pay Code | Hours | Schedule | Total |
|---|---|---|---|---|---|---|---|---|
| Employee #:  140 | Badge #:  140 | | | | Paul Johnson | | Hours : 38:57 | |
| **Aug 8, 2018** | **Wed** | | | | | | **Hours : 09:14** | |
| | 05:10 AM | Untitl | 02:54 PM | Untitl | | | Unscheduled | |
| | | | | | REG | 09:14 | | |
| Aug 8, 2018 | | | TOTAL : | REG | : 09:14 | | | |
| **Aug 9, 2018** | **Thu** | | | | | | **Hours : 07:44** | |
| | 07:34 AM | Untitl | 03:48 PM* | .168.20 | | | Unscheduled | |
| | | | | | REG | 07:44 | | |
| Aug 9, 2018 | | | TOTAL : | REG | : 07:44 | | | |
| **Aug 10, 2018** | **Fri** | | | | | | **Hours : 08:45** | |
| | 06:29 AM | Untitl | 03:44 PM | Untitl | | | Unscheduled | |
| | | | | | REG | 08:45 | | |
| Aug 10, 2018 | | | TOTAL : | REG | : 08:45 | | | |
| **Aug 11, 2018** | **Sat** | | | | | | **Hours : 03:34** | |
| | 06:45 AM | Untitl | 10:19 AM | Untitl | | | Unscheduled | |
| | | | | | REG | 03:34 | | |
| Aug 11, 2018 | | | TOTAL : | REG | : 03:34 | | | |
| **Aug 14, 2018** | **Tue** | | | | | | **Hours : 09:40** | |
| | 05:53 AM | Untitl | 04:03 PM | Untitl | | | Unscheduled | |
| | | | | | REG | 09:40 | | |
| Aug 14, 2018 | | | TOTAL : | REG | : 09:40 | | | |
| Emp #: 140 | | Paul Johnson | TOTAL : | REG | : 38:57 | | | |

# Time Card Detail

Date range: Aug 15, 2018 - Aug 21, 2018

| Date | In | Terminal | Out | Terminal | Pay Code | Hours | Schedule | Total |
|------|-----|----------|------|----------|----------|-------|----------|-------|
| Employee #:  140 | | Badge #:  140 | | | Paul Johnson | | Hours : 53:16 | |
| Aug 15, 2018 | Wed | | | | | | Hours : 08:27 | |
| | 07:01 AM | Untitl | 03:58 PM | Untitl | | | Unscheduled | |
| | | | | | REG | 08:27 | | |
| Aug 15, 2018 | | | TOTAL : | REG | : 08:27 | | | |
| Aug 16, 2018 | Thu | | | | | | Hours : 10:12 | |
| | 06:08 AM | Untitl | 04:50 PM | Untitl | | | Unscheduled | |
| | | | | | REG | 10:12 | | |
| Aug 16, 2018 | | | TOTAL : | REG | : 10:12 | | | |
| Aug 17, 2018 | Fri | | | | | | Hours : 09:34 | |
| | 06:26 AM | Untitl | 04:30 PM | Untitl | | | Unscheduled | |
| | | | | | REG | 09:34 | | |
| Aug 17, 2018 | | | TOTAL : | REG | : 09:34 | | | |
| Aug 18, 2018 | Sat | | | | | | Hours : 06:09 | |
| | 06:14 AM | Untitl | 12:23 PM | Untitl | | | Unscheduled | |
| | | | | | REG | 06:09 | | |
| Aug 18, 2018 | | | TOTAL : | REG | : 06:09 | | | |
| Aug 20, 2018 | Mon | | | | | | Hours : 10:37 | |
| | 06:06 AM | Untitl | 05:13 PM | Untitl | | | Unscheduled | |
| | | | | | REG | 05:38 | | |
| | | | | | OT | 04:59 | | |
| Aug 20, 2018 | | | TOTAL : | REG | : 05:38 | | | |
| | | | | OT | : 04:59 | | | |
| Aug 21, 2018 | Tue | | | | | | Hours : 08:17 | |
| | 06:53 AM | Untitl | 03:40 PM | Untitl | | | Unscheduled | |
| | | | | | OT | 08:17 | | |
| Aug 21, 2018 | | | TOTAL : | OT | : 08:17 | | | |
| Emp #: 140 | | Paul Johnson | TOTAL : | REG | : 40:00 | | | |
| | | | | OT | : 13:16 | | | |

# Time Card Detail

Date range: Aug 22, 2018 - Aug 28, 2018

| Date | In | Terminal | Out | Terminal | Pay Code | Hours | Schedule | Total |
|------|-----|----------|-----|----------|----------|-------|----------|-------|
| Employee #:   140 | | Badge #:   140 | | | Paul Johnson | | Hours : 37:28 | |
| **Aug 22, 2018** | **Wed** | | | | | | **Hours : 10:06** | |
| | 05:51 AM | Untitl | 04:27 PM | Untitl | | | Unscheduled | |
| | | | | | REG | 10:06 | | |
| **Aug 22, 2018** | | | **TOTAL :** | **REG** | **: 10:06** | | | |
| **Aug 23, 2018** | **Thu** | | | | | | **Hours : 09:05** | |
| | 05:55 AM | Untitl | 03:30 PM | Untitl | | | Unscheduled | |
| | | | | | REG | 09:05 | | |
| **Aug 23, 2018** | | | **TOTAL :** | **REG** | **: 09:05** | | | |
| **Aug 24, 2018** | **Fri** | | | | | | **Hours : 08:59** | |
| | 05:32 AM | Untitl | 03:01 PM | Untitl | | | Unscheduled | |
| | | | | | REG | 08:59 | | |
| **Aug 24, 2018** | | | **TOTAL :** | **REG** | **: 08:59** | | | |
| **Aug 28, 2018** | **Tue** | | | | | | **Hours : 09:18** | |
| | 06:29 AM | Untitl | 04:17 PM | Untitl | | | Unscheduled | |
| | | | | | REG | 09:18 | | |
| **Aug 28, 2018** | | | **TOTAL :** | **REG** | **: 09:18** | | | |
| **Emp #: 140** | | **Paul Johnson** | **TOTAL :** | **REG** | **: 37:28** | | | |

# Time Card Detail

Date range: Aug 29, 2018 - Sep 4, 2018

| Date | In | Terminal | Out | Terminal | Pay Code | Hours | Schedule | Total |
|------|-----|----------|-----|----------|----------|-------|----------|-------|
| Employee #:   140 | | Badge #:   140 | | | Paul Johnson | | Hours : 41:42 | |
| Aug 29, 2018 | Wed | | | | | | Hours : 10:54 | |
| | 05:11 AM | Untitl | 04:35 PM | Untitl | | | Unscheduled | |
| | | | | | REG | 10:54 | | |
| Aug 29, 2018 | | | TOTAL : | REG | : 10:54 | | | |
| Aug 30, 2018 | Thu | | | | | | Hours : 09:41 | |
| | 05:20 AM | Untitl | 03:31 PM | Untitl | | | Unscheduled | |
| | | | | | REG | 09:41 | | |
| Aug 30, 2018 | | | TOTAL : | REG | : 09:41 | | | |
| Aug 31, 2018 | Fri | | | | | | Hours : 12:04 | |
| | 05:36 AM | Untitl | 06:10 PM | Untitl | | | Unscheduled | |
| | | | | | REG | 12:04 | | |
| Aug 31, 2018 | | | TOTAL : | REG | : 12:04 | | | |
| Sep 4, 2018 | Tue | | | | | | Hours : 09:03 | |
| | 06:42 AM | Untitl | 04:15 PM | Untitl | | | Unscheduled | |
| | | | | | REG | 07:21 | | |
| | | | | | OT | 01:42 | | |
| Sep 4, 2018 | | | TOTAL : | REG | : 07:21 | | | |
| | | | | OT | : 01:42 | | | |
| Emp #: 140 | Paul Johnson | | TOTAL : | REG | : 40:00 | | | |
| | | | | OT | : 01:42 | | | |

# Time Card Detail

Date range: Sep 5, 2018 - Sep 11, 2018

| Date | In | Terminal | Out | Terminal | Pay Code | Hours | Schedule | Total |
|---|---|---|---|---|---|---|---|---|
| Employee #:  140 | | Badge #:   140 | | | Paul Johnson | | Hours : 43:29 | |
| Sep 6, 2018 | Thu | | | | | | Hours : 09:52 | |
| | 05:17 AM | Untitl | 03:39 PM | Untitl | | | Unscheduled | |
| | | | | | REG | 09:52 | | |
| Sep 6, 2018 | | | TOTAL : | REG | : 09:52 | | | |
| Sep 7, 2018 | Fri | | | | | | Hours : 10:21 | |
| | 05:13 AM | Untitl | 04:04 PM | Untitl | | | Unscheduled | |
| | | | | | REG | 10:21 | | |
| Sep 7, 2018 | | | TOTAL : | REG | : 10:21 | | | |
| Sep 8, 2018 | Sat | | | | | | Hours : 06:32 | |
| | 06:29 AM | Untitl | 01:31 PM | Untitl | | | Unscheduled | |
| | | | | | REG | 06:32 | | |
| Sep 8, 2018 | | | TOTAL : | REG | : 06:32 | | | |
| Sep 10, 2018 | Mon | | | | | | Hours : 09:18 | |
| | 05:47 AM | Untitl | 03:35 PM | Untitl | | | Unscheduled | |
| | | | | | REG | 09:18 | | |
| Sep 10, 2018 | | | TOTAL : | REG | : 09:18 | | | |
| Sep 11, 2018 | Tue | | | | | | Hours : 07:26 | |
| | 05:34 AM | Untitl | 01:30 PM | Untitl | | | Unscheduled | |
| | | | | | REG | 03:57 | | |
| | | | | | OT | 03:29 | | |
| Sep 11, 2018 | | | TOTAL : | REG | : 03:57 | | | |
| | | | | OT | : 03:29 | | | |
| Emp #: 140 | Paul Johnson | | TOTAL : | REG | : 40:00 | | | |
| | | | | OT | : 03:29 | | | |

# Time Card Detail

Date range: Sep 12, 2018 - Sep 18, 2018

| Date | In | Terminal | Out | Terminal | Pay Code | Hours | Schedule | Total |
|------|-----|---------|-----|----------|----------|-------|----------|-------|
| Employee #: 140 | | Badge #: 140 | | | Paul Johnson | | Hours : 36:49 | |
| Sep 15, 2018 | Sat | | | | | | Hours : 10:52 | |
| | 05:58 AM | Untitl | 05:20 PM | Untitl | | | Unscheduled | |
| | | | | | REG | 10:52 | | |
| Sep 15, 2018 | | | TOTAL : | REG | : 10:52 | | | |
| | | | | | | | | |
| Sep 17, 2018 | Mon | | | | | | Hours : 12:17 | |
| | 05:04 AM | Untitl | 05:51 PM | Untitl | | | Unscheduled | |
| | | | | | REG | 12:17 | | |
| Sep 17, 2018 | | | TOTAL : | REG | : 12:17 | | | |
| | | | | | | | | |
| Sep 18, 2018 | Tue | | | | | | Hours : 13:40 | |
| | 04:44 AM | Untitl | 06:54 PM | Untitl | | | Unscheduled | |
| | | | | | REG | 13:40 | | |
| Sep 18, 2018 | | | TOTAL : | REG | : 13:40 | | | |
| | | | | | | | | |
| Emp #: 140 | Paul Johnson | | TOTAL : | REG | : 36:49 | | | |

# Time Card Detail

Date range: Sep 19, 2018 - Sep 25, 2018

| Date | In | Terminal | Out | Terminal | Pay Code | Hours | Schedule | Total |
|------|-----|----------|-----|----------|----------|-------|----------|-------|
| Employee #:   140 | | Badge #:   140 | | | Paul Johnson | | Hours : 33:07 | |
| Sep 19, 2018 | Wed | | | | | | Hours : 12:04 | |
| | 06:55 AM | Untitl | 07:29 PM | Untitl | | | Unscheduled | |
| | | | | | REG | 12:04 | | |
| Sep 19, 2018 | | | TOTAL : | REG | : 12:04 | | | |
| | | | | | | | | |
| Sep 20, 2018 | Thu | | | | | | Hours : 14:28 | |
| | 04:09 AM | Untitl | 07:07 PM | Untitl | | | Unscheduled | |
| | | | | | REG | 14:28 | | |
| Sep 20, 2018 | | | TOTAL : | REG | : 14:28 | | | |
| | | | | | | | | |
| Sep 21, 2018 | Fri | | | | | | Hours : 06:35 | |
| | 04:37 AM | Untitl | 11:12 AM | Untitl | | | Unscheduled | |
| | | | | | REG | 06:35 | | |
| Sep 21, 2018 | | | TOTAL : | REG | : 06:35 | | | |
| | | | | | | | | |
| Emp #: 140 | | Paul Johnson | TOTAL : | REG | : 33:07 | | | |

# Exhibit 2

12006 Proctor Street   Houston, Texas  77038   |   PO Box 91017   Houston, Texas  77291-1017



## Roll-Off Driver Policy

- Driver must report the contents of all loads to/ from the landfill to dispatch at all times. No exceptions.
- Driver will arrive on time at 6am to start shift unless otherwise instructed by supervisor or standing manager.
- Lunch hours are between 11am-1pm Mon- Fri. Driver may stop between these hours for a lunch break. Any other breaks must be reported to and approved by supervisor or standing manager.
- Driver must fill out and turn in all necessary documents to the admin office at the end of each work day.
- Driver is not to abandon route, park truck/ equipment or assume the work day is over without prior consent from the supervisor.
- If your vehicle has any mechanical issues you must remain by your vehicle, do not go to other departments to talk to employees completing their work.
- Driver must do a pre-trip and post-trip on the vehicle he is operating. This must be done every day on duty.
- Driver Vehicle Inspection Reports are to be turned in to mechanics on duty if the assigned vehicle has any issues.
- You must read your tickets daily for signatures needed and special instructions, if you do not understand the notes call dispatch for clarification.
- Driver will not smoke in the assigned vehicle. Smoking is not permitted in any NWI at any time.

12006 Proctor Street  Houston, Texas  77038  |  PO Box 91017  Houston, Texas  77291-1017



- Any issues or additional wait times at any stops must be reported to dispatch immediately.
- Driver must notify supervisor 24 hours ahead if he needs to take personal time off. Notification must be made by phone call or in person. A text message will not be sufficient and will be considered a no call no show. Office staff is not considered supervisor.

I understand the policies stated above and any violations of any type may result in write ups or immediate termination. I have read this notice and understand it.

Driver Name _____

Signature _____

Date _6-29-18_

Supervisor Name _Javier Maldonado_

Signature _____

Date _6-29-18_

# Exhibit 3

**Angie Callejas**

| | |
|---|---|
| **From:** | Sandra Bueno <sandrab@eosg.com> |
| **Sent:** | Tuesday, August 21, 2018 4:48 PM |
| **To:** | Brenda Ortega |
| **Cc:** | Javier Maldonado |
| **Subject:** | RE: Short Paid Employee- Paul Johnson |

Brenda,

His net will be $130.54.

Thank you,

*Sandra Bueno*

Payroll Specialist
Employers One Source Group, Inc.
Office: 281-492-9292
Fax: 281-395-5592

 **Employers One Source Group**

✓Consider HR Done™
1260 Pin Oak Rd., Suite 102, Katy, TX 77494
Phone (281) 492-9292, Fax (281) 395-5592

THIS MESSAGE AND ANY ATTACHED DOCUMENTS, CONTAIN INFORMATION FROM EMPLOYERS ONE SOURCE GROUP THAT MAY BE CONFIDENTIAL AND/OR PRIVILEGED. IF YOU ARE NOT THE INTENDED RECIPIENT, YOU MAY NOT READ, COPY, DISTRIBUTE, OR USE THIS INFORMATION. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE NOTIFY THE SENDER IMMEDIATELY BY REPLY E-MAIL AND THEN DELETE THIS MESSAGE.

**From:** Brenda Garza [mailto:info@nationwaste.us]
**Sent:** Tuesday, August 21, 2018 3:42 PM
**To:** 'Sandra Bueno' <sandrab@eosg.com>
**Cc:** 'Javier Maldonado' <javierm@nationwaste.us>
**Subject:** Short Paid Employee- Paul Johnson

Good Afternoon Sandra,

Our employee, Paul Johnson, was shorted 7.44 regular hours on his check. We will be cutting a house check for this, can you advise how much the net amount would be after taxes?

Please advise,

Warmest Regards,

## Angie Callejas

**From:**        Sandra Bueno <sandrab@eosg.com>
**Sent:**        Tuesday, December 11, 2018 1:01 PM
**To:**          'Angie Callejas'
**Subject:**     FW: Net Amount Request
**Attachments:** Brenda Garza.vcf

**From:** Brenda Garza <info@nationwaste.us>
**Sent:** Friday, June 15, 2018 2:48 PM
**To:** 'Sandra Bueno' <sandrab@eosg.com>
**Cc:** 'Javier Maldonado' <javierm@nationwaste.us>
**Subject:** Net Amount Request

Good Afternoon Sandra,

I am in need of obtaining the net amount for an employee, Paul Johnson for 11 Hours Regular Time.

Thank you,

Warmest Regards,

 **Brenda Garza**
Nation Waste Inc.
Office Manager

(713) 649-7776 Office
(281) 260-9877 Fax
12006 Proctor st.
Houston, TX 77038
www.nationwaste.us

 Virus-free. www.avast.com

1

**Angie Callejas**

| | |
|---|---|
| **From:** | Sandra Bueno <sandrab@eosg.com> |
| **Sent:** | Tuesday, December 11, 2018 1:01 PM |
| **To:** | 'Angie Callejas' |
| **Subject:** | FW: Net Amount- Paul Johnson |
| **Attachments:** | Brenda Garza.vcf |

**From:** Brenda Garza <info@nationwaste.us>
**Sent:** Friday, June 29, 2018 5:11 PM
**To:** 'Sandra Bueno' <sandrab@eosg.com>
**Cc:** javierm@nationwaste.us
**Subject:** Net Amount- Paul Johnson

Good Afternoon Sandra,

Per our phone conversation we will be cutting a house check for Paul Johnson for Reg Hours: 39.35, amount: $632.09.

If you have any questions please let me know,

Thank you,

Warmest Regards,



**Brenda Garza**
Nation Waste Inc.
Office Manager

(713) 649-7776 Office
(281) 260-9877 Fax
12006 Proctor st.
Houston, TX 77038
www.nationwaste.us

 Virus-free. www.avast.com

# Exhibit 4

12006 Proctor Street   Houston, Texas  77038  |  PO Box 91017  Houston, Texas  77291-1017



08/21/2018

RE: Time Management

This letter is to inform you to please ensure you securely
clock in & out every day. Per DOT Regulations and company
policy all employees must have a record of attendance on
file. If you need to re-scan your fingerprint to ensure it marks
correctly, please notify the office staff so they may set up the
proper arrangements to do so. Non-compliance may result in
unreported and unpaid hours.  I understand and comply with
this information.

Signature

Thank you,


Nation Waste Inc.
12006 Proctor St.
Houston, Tx 77038
713-649-7776